ELIZABETH BUSH, Appellant, v. HANNAH FITZPATRICK, as Administratrix, etc.,

* See amended decision rendered July 13, 1932, *post*, p. ——.—— [REP.

of RICHARD FITZPATRICK, Deceased, and Others, Defendants, and CHARLES E. DUROSS, Respondent.— Order granting motion to strike cause from Special Term calendar affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.